IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS CAPPELLO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PUBLIC DEFENDERS DEPT** | : | |
| **MICHAEL BRUNNADEND** | : | |
| **LEHIGH CO** | : | **NO. 02-4692** |

**O R D E R**

AND NOW, this          day of July, 2002, plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the entire six-month period preceding the receipt of his complaint in this Court on July 15, 2002, as required by 28 U.S.C. § 1915,[1] it is hereby ORDERED that:

1.  Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

2.  The Clerk shall CLOSE this case statistically.

**BY THE COURT:**



**J. CURTIS JOYNER, J.**

---

[1] Plaintiff must get a certified account statement from any prison in which he was incarcerated during the six-month period from January 15, 2002 to July 15, 2002. To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.