IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS CAPPELLO                  :          CIVIL ACTION
                                 :
        v.                       :
                                 :
PUBLIC DEFENDERS DEPT            :
MICHAEL BRUNNADEND               :
LEHIGH CO                        :          NO. 02-4692

M E M O R A N D U M

JOYNER, J.                                 SEPTEMBER      , 2002

Plaintiff, a prisoner, has filed a pro se 42 U.S.C.
§ 1983 civil rights complaint against his public defender and the
Lehigh County Public Defender's Office, alleging that he received
ineffective representation in a criminal case.

With his complaint, plaintiff filed a request for leave
to proceed in forma pauperis, which is hereby granted.  However,
plaintiff's complaint will be dismissed as legally frivolous,
pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons which
follow.

I. DISCUSSION

In order to bring suit under § 1983, plaintiff must
allege that a person acting under color of state law deprived him
of his constitutional rights.  Kost v. Kozakiewicz, 1 F.3d 176,
184 (3d Cir. 1993) (listing elements of a § 1983 claim).  The
Supreme Court has determined that a defense attorney "does not
act under color of state law when performing a lawyer's
traditional functions as counsel in a criminal proceeding."  See
Polk County v. Dodson, 454 U.S. 312, 325 (1981) (footnote
omitted).  Since the defendants were not acting under color of

state law, they may not be sued under § 1983.  Plaintiff may be dissatisfied with the representation he has been provided, however, the relief he seeks is not available to him in a civil rights action in this Court.

## II. CONCLUSION

Plaintiff has advanced an "indisputably meritless legal theory."  <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989).  Accordingly, dismissal of this complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) is appropriate.  An order dismissing this complaint follows.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS CAPPELLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PUBLIC DEFENDERS DEPT | : | |
| MICHAEL BRUNNADEND | : | |
| LEHIGH CO | : | NO. 02-4692 |

O R D E R

AND NOW, this        day of September, 2002,
IT IS ORDERED that:

1.   Leave to proceed in forma pauperis is GRANTED.

2.   This action is **DISMISSED AS FRIVOLOUS** pursuant to
28 U.S.C. § 1915(e)(2)(B)(i), for the reasons stated in the
accompanying memorandum filed this day.

AND IT IS SO ORDERED.

**BY THE COURT:**

_____

**J. CURTIS JOYNER, J.**